**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

RECEIVED

OCT 0 8 2021

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Stephanie marshall
(Enter Above the Name of the Plaintiff in this Action)

2 2 1 C V 4 9 9 2

vs.

Christopher L. Marshall
(Enter above the name of the Defendant in this Action)

Judge Morrison

MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Stephanie marshall
Name - Full Name Please - PRINT
P. O. Box 23091
Street Address
Columbus, OH 43223
City, State and Zip Code
614-530-9223
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint.  This form is invalid unless each Defendant appears with full address for proper service.

1. _Christopher L. Marshall_
   Name - Full Name Please

   _310 Leander, TX Northern Trl, Leander, TX 7864_
   Address: Street, City, State and Zip Code

2. _____
   _____

3. _____
   _____

4. _____
   _____

5. _____
   _____

6. _____
   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

_(Not sure of Title: Involves Family Support Act of 1988)_

-2-

III.  Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## STATEMENT OF FACTS

### Original case number: 07dr062236

1. There was never a problem with garnishing my wages for child support until I appealed Judge Priesse's decision in January of 2018, case 18-AP-22.

2. The second time that I brought the issue to court; Magistrate Webber shifted the blame to me instead of referring to the federal guidelines that have been in effect and should have been utilized for over three decades.

3. Judge Preisse referenced just as much from the federal guidelines as Magistrate Webber when adopting the judgment on 09/16/2019.

4. When discussing this case with Magistrate Novack (she wanted to know how to have the clerks' file the motion) she sounded like she had just as much knowledge in regards to the Family Support Act of 1988, as Magistrate Webber and Judge Preisse.

5. I have had to not only contact FCCSEA, but also have had to file motions with the courts in order to get the FCCSEA to garnish my wages per court order. The last time being on 04/15/2020.

6. By Judge Priesse's own volition stated that the Plaintiff was not made aware of the proceedings. I have the copies proving that the courts told and showed me that they had sent copies to the Plaintiff. This would be infringement upon the rights of the plaintiff in this case to not make all parties aware of the proceedings.

7.  Judge Priesses' misrepresentation of facts, the judge stated that the
    FCCSEA did not know where I worked until I went to them. However, the
    FCCSEA Case Worker is the one who acknowledged that they still had my
    social security number. (That is mentioned in the Family Support Act of
    1988 to fulfill my responsibilities to have child support garnished) Then
    she used my social security number to put into the CSEA system herself
    and showed me, my employers' information. Proving that they could and
    already knew where I worked. This proved to me that the FCCSEA was
    willfully not complying with federal regulations and the court order to
    garnish my wages.

8.  Judge Priesse and the Magistrates failed to state any laws pertaining to
    their judgement/s. (Local rules are not laws)

Again I have kept gainful employment and the FCCSEA has my social security
number in which to obtain my employer information to be able to garnish my wages.

Last time I brought the issue to court, the lawyer representing the FCCSEA
acknowledged that the FCCSEA was in contempt of the court order to garnish my
wages. There was no one from the FCCSEA to explain what may have happened to not
garnish my wages.

Just an additional note, I am the only one complaining about my wages not being
garnished. Only me, not the plaintiff, CSEA, or the courts.

Companies I was working for.

Dawson- 4/1/2018 to 8/1/2018

LBrands-3/1/2019 to 5/1/2019

Mid-Ohio- 12/01/2019 to 2/1/2020

Surge- 02/2021-06/2021

RELIEF

I am seeking to have the lower court/s, the FCCSEA and judges found in contempt of the court order and the Family Support Act of 1988 passed by congress.

I am also looking to find the judge and lower court system bias and to have had a conflict of interest in their inability to uphold the law for the Defendant as much as it appears for the Plaintiff.

Then I propose, as a remedy, to have the child support in arrears waved to the time that the FCCSEA willfully refused to garnish my wages. If there may be a better way to remedy this case, because of all the unlawful procedures and judgments, then I request that as well.

Christopher L. Marshall, 310 Northern Trl, Leander, TX 78641

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | | |
|---|---|---|---|
| 07DR062236 | Marshall | vs. | Marshall |
| | | vs. | |
| | | vs. | |

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this  7ᵗʰ  day of  October  , 20 21.

Stephan Marshall   U.C.C. 1-308
Signature of Plaintiff

-4-